UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ADAM PIAQUADIO
PLAINTIFF

v.                    Civil Action No.: 2:10-CV-02066-RTD

AMERICAN LEGAL FUNDING, LLC.,
ALFUND AZ1, LLC, M.B.T. ASSOCIATE,
INC.,THE LAW FUNDER, LLC AND
GLOBAL FINANCIAL CREDIT, LLC.
DEFENDANTS

## DEFAULT JUDGMENT

For reasons set forth in the Order, filed contemporaneously herewith, Plaintiff's Motion for Default Judgment (doc. 17) is GRANTED. IT IS FURTHER ORDERED AND ADJUDGED that Plaintiff shall have and recover from separate Defendants, American Legal Funding, L.L.C. and AZ1, L.L.C, judgment in the amount of $452,940.00. This judgment shall bear interest from this date until paid at the rate of .17% per annum.

**IT IS SO ORDERED.**

/s/ **Robert T. Dawson**
Honorable Robert T. Dawson
United States District Judge

