UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF ARKANSAS, FORT SMITH DIVISION

| | | |
|---|---|---|
| ADAM PIAQUADIO, | ) | |
| | ) | Civil No. 2:14-cv-2108 |
|    Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| AMERICAN LEGAL FUNDING, LLC; | ) | MOTION TO DISMISS |
| ALFUND AZ1, LLC; AMERICAN | ) | PURSUANT TO FED. R. CIV. P. 12 (b) |
| LEGAL FUND MANAGEMENT AZ, | ) | |
| LLC; C. JEFFREY HUFF; ALANEX | ) | |
| LLC; JOHN DOES 1-50 | ) | ORAL ARGUMENT REQUESTED |
| | ) | |
|    Defendants. | ) | |

     COME NOW the all Defendants (hereinafter collectively "ALF") and move this Court pursuant to Fed. R. Civ. P. Rule 12(b), sections (1), (2), (3), and (6) to dismiss this action in its entirety.

     In support of this Motion ALF respectfully represent to this Court as follows:

     1.     Any cause of action possessed by Plaintiff herein arises out of a contract between Plaintiff and ALFund AZ1, LLC.  That contract requires any action arising out of or related to that contract to be brought in the state or federal courts located in Maricopa County, Arizona.

     2.     Because of the forum selection clause, any litigation brought by Plaintiff against these defendants must be brought in Maricopa County, Arizona.  Therefore, this Court should dismiss this suit or transfer it to the United States District Court for the District of Arizona pursuant to 28 U.S.C. § 1404(a).

     3.     This Court is also an improper forum because all witnesses and documents relating to Plaintiff's allegations regarding the corporate forms are located exclusively in Arizona and this Court would lack the authority to enforce its order in Arizona.

4. This Court lacks personal jurisdiction over all Defendants.

5. Plaintiff's complaint fails to state a claim upon which relief can be granted.

Dated this 16th day of June, 2014.

        AMERICAN LEGAL FUNDING, LLC and
        ALFUND AZ1, LLC, AMERICAL LEGAL FUND
        MANAGEMENT AZ, LLC; C. JEFFREY HUFF; AND
        ALANEX LLC., Defendants

        By:      /s/ Diana J. Vogt
             Diana J. Vogt, NE #19387
             SHERRETS BRUNO & VOGT LLC
             260 Regency Parkway Drive, Suite 200
             Omaha, Nebraska 68114
             (402) 390-1112  Telephone
             (402) 390-1163  Facsimile
             law@sherrets.com

        ATTORNEYS FOR THE DEFENDANT